[No. 33322-4-I.   Division One.   June 26, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD MATTHEWS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-00558-6, Janice Neimi, J., entered September 2, 1993. *Affirmed* by unpublished per curiam opinion.


[No. 33371-2-I.   Division One.   June 26, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL J. AUDETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-07410-5, Norma Smith Huggins, J., entered September 13, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Pekelis, J. Pro Tem.


[No. 33696-7-I.   Division One.   June 26, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLI JOY EAGLE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-01367-6, Gerald L. Knight, J., entered November 5, 1993. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Agid, J.